IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case no. 17-05642 |
| Kenneth Taggart ) | |
| Stacey Taggart ) | Chapter 7 |
| ) | Hon. Pamela S. Hollis |
| Debtors. ) | |
| ) | Set for December 22, 2017 at 10:00 a.m. |

## NOTICE OF MOTION

TO:  Attached Service List

    PLEASE TAKE NOTICE that on December 22, at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois, or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present the **FIRST AND FINAL APPLICATION OF SPECIAL COUNSEL FOR INTERIM COMPENSATION AND REIMBURSEMENT, TO LIMIT NOTICE AND TO SHORTEN NOTICE,** a copy of which is attached hereto and hereby served upon you.

                                Cindy M. Johnson, not individually but as Chapter 7 Trustee of **Kenneth Taggart and Stacey Taggart**

                                /s/    Cindy M. Johnson
Cindy M. Johnson                          Chapter 7 Trustee
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

## CERTIFICATE OF SERVICE

    I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on December 4, 2017.

                                  /s/ Cindy M. Johnson

**SERVICE LIST**

**Electronic Mail Notice List**

- Ross W Bartolotta    rbartolo@smbtrials.com
- Cindy M. Johnson    cjohnson@jnlegal.net, KLindsey@jnlegal.net
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Rae Kaplan    rkaplan@financialrelief.com, yrodriguez@financialrelief.com;fbichl@financialrelief.com;kaplan.myecfmail@gmail.com;i-got-notices@financialrelief.com;aquigley@financialrelief.com;shaugh@financialrelief.com;R49775@notify.bestcase.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Adam R Quigley    aquigley@financialrelief.com, i-got-notices@financialrelief.com;shaugh@financialrelief.com;fbichl@financialrelief.com;rkaplan@financialrelief.com;yrodriguez@finan

**By E-mail**
Carleen Cignetto' <cignettolaw@gmail.com
Kim Wirtz (kim@kimwirtz.com)

**Manual Notice List**
**US Mail**

Kennth L. Taggart
Stancy Taggart
834 GREENBRIER LANE
UNIVERSITY PARK, IL  60484

US DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-070

Porter County Treasurer
155 Indiana Avenue
Suite 209
Valparaiso, IN 46383-5555

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
(WALMART CREDIT CARD)
POB 41067
Norfolk, VA 23541

LVNV Funding, LLC its successors and assigns
as assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-05

2

CACH, LLC
c/o Resurgent Capital Services
PO BOX 10675
Greenville, SC 29603-0675

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Portfolio Recovery Associates, LLC
Successor to GE CAPITAL RETAIL BANK
(JC PENNEY)
POB 41067
Norfolk, VA 23541

Midland Funding, LLC
Midland Credit Management, Inc. as
agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                    )     Bankruptcy No. _____
                                         )
                                         )     Chapter         _____
                                         )     Hon Pamela Hollis
                    Debtor.              )     Joliet

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:   $_____

Amount of Expense Reimbursement Sought:   $_____

This is an:       Interim Application _____          Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____         _____
                                                    (Cindy M. Johnson, Trustee)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) Case no. 17-05642 |
| Kenneth Taggart | ) |
| Stacey Taggart | ) Chapter 7 |
| | ) Hon. Pamela S. Hollis |
| Debtors. | ) |
| | ) Set for December 22, 2017 at 10:00 a.m. |

**FIRST AND FINAL APPLICATION OF SPECIAL COUNSEL
FOR INTERIM COMPENSATION AND REIMBURSEMENT, TO LIMIT NOTICE
AND TO SHORTEN NOTICE**

Carleen L. Cignetto, and the firm of Carleen L. Cignetto, Attorney at Law (collectively "Applicant"), attorneys for Cindy M. Johnson (the "Trustee"), not individually but as Trustee of the estate of Kenneth Taggart and Stacey Taggart (the "Estate"), pursuant to Sections 330 and 331 of the United States Bankruptcy Code (the "Code"), respectfully applies to this Honorable Court for an award of final compensation and final costs in the amount of $350.00 and asks that it grant such other and further relief as the Court upon hearing shall deem just and equitable;

IN SUPPORT WHEREOF, Applicant states, and respectfully urges the Court to find, as follows:

**BACKGROUND**

1. On February 27, 2017 the Debtors filed a Voluntary Petition For Relief, according to the provisions of Chapter 7 of the Code and Trustee was appointed to administer the assets of the Estate.

2. Trustee determined she needed assistance with respect to Trustee's efforts to administer real property located at 834 Greenbrier Lane, University Park, IL 60484 (the "Property"), as Trustee required an attorney experienced in handling real estate closings.

3. On August 18, 2017, an order was entered authorizing the employment of Applicant as Special Litigation Counsel for Trustee to perform all legal services necessary or required relating to Trustee's attempts to sell and/or sale of the Estate's interest in real property (the "Employment Date").

4. At the time of her retention, Applicant agreed to represent the Trustee as her legal counsel as aforesaid in consideration of such compensation and reimbursement as the Court might allow upon applications made pursuant to Section 330 or 331 of the Code.

5. Applicant regularly made and kept records of services rendered on behalf of the Estate, including a summary or description of the services rendered; the date the services were rendered; and the time expended to render the services, in one-tenth-hour increments.

6. The records were made by Applicant, at or about the time the services were rendered, by means of entering them into Applicant's billing software program, and by reviewing them on a monthly basis for accuracy after.

7. Under this Application, Applicant is also seeking a final award for reimbursement of expenses incurred on behalf of the Trustee. Details regarding those expenses are set forth later in this application.

## SUMMARY OF SERVICES RENDERED

8. Since the Employment Date, through December 1, 2017 Applicant has rendered 1.4 total hours of service on behalf of the Trustee for which final compensation is sought. All services were rendered by Carleen L. Cignetto at an hourly rate of $250.00 per hour for services to assist Trustee with Trustee's administration/sale of the Property. A chronological summary of the services rendered and expenses incurred is attached hereto is attached hereto, identified as Exhibit A and incorporated herein by reference.

9. Carleen L. Cignetto became licensed as an attorney in 1986 and has She has concentrated her legal practice in the area of debtor bankruptcy, trustee representation, real estate closings, and general litigation.

10. Applicant seeks final compensation in the amount of $350.00 for 1.4 hours of services rendered by Carleen L. Cignetto.

11. No costs were incurred by Applicant on behalf of the Trustee.

12. Applicant does not seek reimbursement of expenses incurred for routine postage, facsimile transmissions, local or long distance telephone calls or other such administrative functions, although Applicant has incurred such costs in connection with services it rendered on behalf of the Trustee.

13. Applicant seeks reimbursement for expenses in the amount of $0.00.

## STATEMENTS AS TO OTHER MATTERS

14. All services for which Applicant seeks compensation hereunder were rendered by Applicant solely on behalf of the Trustee.

15. The rate of compensation Applicant requests for services rendered to the Trustee is the standard rates other attorneys of similar experience, expertise and reputation generally seek as compensation for comparable services rendered in connection with bankruptcy proceedings within this District.

16. Applicant has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement Applicant shall receive for services Applicant renders or expenses Applicant incurs on behalf of the Trustee.

17. No person, firm or entity has promised to provide Applicant any compensation or reimbursement for services Applicant renders or expenses Applicant incurs on behalf of the Trustee.  The exclusive source of such compensation and reimbursement, if any, shall be the available funds of the Debtor's Estate.

18. Except as permitted by Section 504(b) of the Code, Applicant has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement Applicant may receive for services rendered or expenses incurred on behalf of the Trustee.

19. 15days notice of this Application has been provided to the Debtor, Debtor's Attorney, all parties entitled to notice who are listed on the CM/ECF service list and all creditors who have filed claims as the bar date has passed pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure.

20. Since in this Chapter 7 case, more than 90 days has passed since the first date set for the meeting of creditors, this Court has authority to allow notice of this motion to be sent only to the debtors, the United States Trustee, to other parties in interest, and to only creditors who have filed claims in this case there being no creditors who have the right to an extension to file claims. See Rule 2002(h) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Applicant, Carleen L. Cignetto and the law firm of Carleen Cignetto, Attorney at Law, respectfully pray this Honorable Court to grant relief, after hearing upon notice as provided by Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure, as follows:

**I.** To award Applicant final compensation in the amount of $350.00 for hourly fees earned;

**II.** To allow Applicant reimbursement of costs expended in the amount of $0.00;

**III.** To direct the Trustee to disburse said fees and costs to Applicant promptly;

**IV.** Authorizing under Rule 2002(h) of the Federal Rules of Bankruptcy Procedure that notice of this motion need only to have been sent to debtors, the United States Trustee, to other parties in interest, and only creditors who have filed claims in this case, and finding that the notice that has been sent is, therefore, sufficient;

**V.** Notice is shortened to the 15 days' notice given of this motion to Debtor, Debtor's counsel, the U.S. Trustee, and to all creditors who have filed claim, and said notice is deemed adequate; and

**VI.** To grant the Applicant such other and further relief as the Court upon hearing shall deem just and equitable.

        Respectfully Submitted,
        CARLEEN L. CIGNETTO and the law firm of CARLEEN
        L. CIGNETTO, ATTORNEY AT LAW


        BY: /s/ Carleen L. Cignetto

Carleen L. Cignetto
Carleen L. Cignetto, Attorney at Law
2 Dearborn Square, #2
Kankakee, IL 60901
(815) 937-5530

**Carleen L. Cignetto, Attorney at Law**
2 DEARBORN SQ STE 2
KANKAKEE, IL  60901
(815)9375530
cignettolaw@gmail.com

# INVOICE

**BILL TO**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**INVOICE #** 1598
Taggert　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DATE** 11/30/2017
140 S Dearborn, Suite 1510　　　　　　　　　　　　　　　　　　　　　**DUE DATE** 11/30/2017
Chicago, IL  60603　　　　　　　　　　　　　　　　　　　　　　　　　**TERMS** Due on receipt

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 09/27/2017 | **Services**<br>review email from Kim Wirtz re Offer on 634 Greenbriar, Umiversity Park .2 hr | 50.00 |
| 09/27/2017 | **Services**<br>reviewed offer and prepared counteroffer Addendum to contract 1.0 | 250.00 |
| 09/27/2017 | **Services**<br>email to Kim Wirtz with counter offer addendum for signature  .2hr | 50.00 |

　　　　　　　　　　　　　　　　　　　　　　　　BALANCE DUE　　　**$350.00**